UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                      CASE NO: 10-40534-LMK

PYRAMID EXCAVATION, INC.          CHAPTER 11

             Debtor.
_____/

## MOTION TO SET OFFICER SALARY

COMES NOW the Debtor, by and through its undersigned attorney, and moves the court for its Order setting the salary for Timothy Loughmiller, managing member of the Debtor, and in support thereof, would show:

1. That the instant proceedings were filed on May 28, 2010.

2. Prior to that time, Timothy Loughmiller, had drawn a yearly salary of approximately $112,632.00. There is no employment agreement.

3. That Debtor is a residential and commercial site preparation in the Tallahassee and surrounding areas.

4. That it is incumbent that a salary of $112,632.00.00 per year or $2,166.00 per week be set and authorized for Timothy Loughmiller, effective May 28, 2010. There will be weekly deductions for payroll taxes.

5. That Timothy Loughmiller has run the business since its inception and is necessary for the business operations.

6. That no party in interest would be prejudiced by the courts entry of an order, as requested.

WHEREFORE it is respectively requested that the court entertain this motion and enter its order setting the salary at $112,632.00 per year effective May 28, 2010.

Dated: June 2, 2010.

                                                     /S/ Thomas B. Woodward
                                                     Attorney for Debtor
                                                     FL Bar No.: 0185506
                                                     P.O. Box 10058
                                                     Tallahassee, FL 32302
                                                     (850) 222-4818

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon: Office of the U.S. Trustee at 110 East Park Ave #128 Tallahassee, FL 32301-7728 by electronic filing and those parties on the attached matrix, this 2nd day of June, 2010.

/s/Thomas B. Woodward

| | | |
|---|---|---|
| Decatur County Board of Commissioners<br>PO Box 726<br>Bainbridge, GA 39818-0726 | Dex<br>PO Box 660834<br>Dallas, TX 75266-0834 | Earl Bacon Agency<br>PO BOx 12039<br>Tallahassee, FL 32317-2039 |
| Flint Equipment Co.<br>P O Box 3329<br>Albany, GA 31706-3329 | Florida Business Products<br>P.O. Box 5989<br>Tallahassee, FL 32314-5989 | Florida Department of Revenue<br>Bankruptcy Dept<br>P O Box 6668<br>Tallahassee, FL 32314-6668 |
| Ford Motor Credit<br>P.O. Box 542000<br>Omaha, NE 68154-8000 | GCR Tire Center<br>4702 Capital Circle NW<br>Tallahassee, FL 32303-7217 | Gaines & Sons Striping<br>PO Box 15251<br>Tallahassee, FL 32317-5251 |
| Global Financial Services<br>PO BOx 856460<br>Louisville, KY 40285-6460 | Havana Publishing<br>103 W. 7th Ave.<br>Havana, FL 32333-1660 | IBS of Tallahassee<br>2543 W. Tennessee St.<br>Tallahassee, FL 32304-2516 |
| James D.A. Holley & Co., P.A.<br>2606 Centennial Place<br>Tallahassee, FL 32308-0572 | MTC South<br>2111 Olivia Drive<br>Tallahassee, FL 32308-6164 | Mack Financial Services<br>P O Box 26131<br>Greensboro, NC 27402-6131 |
| Mack Financial Services<br>P O Box 7247-0236<br>Philadelphia, PA 19170-0001 | Marpan Recycling LLC<br>PO Box 6025<br>Tallahassee, FL 32314-6025 | McRae & Metcalf, P.A.<br>2612 Centennial Place<br>Tallahassee, FL 32308-0572 |
| Mitchell Brothers, Inc.<br>1330 Capital Circle NE<br>Tallahassee, FL 32308-6202 | NAPA<br>8568 Havana Hwy<br>Havana, FL 32333 | Nextran Truck Center<br>328 SW Ring Court<br>Lake City, FL 32025-3148 |
| PBCC<br>PO Box 856460<br>Louisville, KY 40285-6460 | Paramedical Services<br>3520-A N. Monroe St.<br>Tallahassee, FL 32303-2745 | Powerplan<br>PO Box 650215<br>Dallas, TX 75265-0215 |
| Powerscreen of Florida, Inc.<br>PO Box 5802<br>Lakeland, FL 33807-5802 | Purchase Power<br>PO Box 856042<br>Louisville, KY 40285-6042 | Quality Water Supply<br>1700 N. Monroe St., Ste. 11-158<br>Tallahassee, FL 32303-5535 |
| Rainey Cawthon<br>PO Box 643<br>Tallahassee, FL 32302-0643 | Regions Bank FIA Card Services<br>PO Box 15714<br>Wilmington, DE 19886-5714 | Sharber Oil Company<br>250 Whigham Dairy Rd.<br>Bainbridge, GA 39817-8032 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-4<br>Case 10-40534-LMK<br>Northern District of Florida<br>Tallahassee<br>Wed Jun  2 09:13:58 EDT 2010 | Pyramid Excavation, Inc.<br>8440 FL GA Hwy.<br>Havana, FL 32333-6362 | *Bancorpsouth Equipment Finance<br>P O Box 88550<br>Milwaukee, WI 53288-0001 |
| *Capital City Bank<br>PO Box 900<br>Tallahassee, FL 32302-0900 | *Caterpillar Financial Services<br>P O Box 730681<br>Dallas, TX 75373-0681 | *FCC Equipment Financing, Inc.<br>P O Box 905010<br>Charlotte, NC 28290-5010 |
| *GE Capital<br>3000 Lakeside, Ste. 200N<br>Deerfield, IL 60015-1223 | *GMAC<br>P O Box 12699<br>Glendale, AZ 85318 | *HCA Equipment Finance<br>21925 Network Place<br>Chicago, IL 60673-0001 |
| *John Deere Credit<br>PO Box 6600<br>Johnston, IA 50131-6600 | *ProBank<br>536 N. Monroe Street<br>Tallahassee, FL 32301-1260 | *Ring Power Corporation<br>PO Box 935004<br>Atlanta, GA 31193-5000 |
| *Sun South Capital, Inc.<br>P O Box 830469<br>Birmingham, AL 35283-0469 | *Total Petroleum LLC<br>PO Box 718<br>Bainbridge, GA 39818-0718 | *W. Dale Summerford<br>PO Box 817<br>Quincy, FL 32353-0817 |
| *Webster Capital Finance<br>#3 Farm Glen Blvd.<br>Farmington, CT 06032-1981 | *Wells Fargo Equipment Financing<br>1540 W. Fountainhead Parkway<br>Tempe, AZ 85282-1839 | Airgas South<br>PO Box 532609<br>Atlanta, GA 30353-2609 |
| American Express Business<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express Platinum<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express um Card<br>PO BOx 650448<br>Dallas, TX 75265-0448 |
| Amex Blue<br>PO Box 650448<br>Dallas, TX 75265-0448 | Aramark Uniform Services, Inc.<br>PO BOx 37005<br>Jacksonville, FL 32236-7005 | BB&T Bank<br>P O Box 580435<br>Charlotte, NC 28258-0435 |
| Bank of America<br>P.O. Box 15025<br>Wilmington, DE 19885-0001 | Bank of America Business Card<br>PO BOx 15710<br>Wilmington, DE 19886-5710 | Capital Truck, Inc.<br>4740 Blountstown Hwy.<br>Tallahassee, FL 32304-2772 |
| Center Capital Corporation<br>PO Box 330<br>Hartford, CT 06141-0330 | Crawford & Sons Oil Co., Inc.<br>P O Box 1169<br>Quincy, FL 32353-1169 | Cross Construction, Inc.<br>25221 Wesley Chapel Blvd.<br>Lutz, FL 33559-7201 |

| | | |
|---|---|---|
| Sun Trust Bank Central Fla.<br>P O Box 4986<br>Orlando, FL 32802-4986 | U S Bank Corp<br>P O Box 790448<br>Saint Louis, MO 63179-0448 | United States Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 |
| University Sports Publications<br>16057 Tampa Palms Blvd.<br>Dept. 334<br>Tampa, FL 33647-2001 | Thomas B. Woodward<br>Thomas B. Woodward, Atty.<br>P.O. Box 10058<br>Tallahassee, FL 32302-2058 | End of Label Matrix<br>Mailable recipients   64<br>Bypassed recipients    0<br>Total                 64 |