UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

PYRAMID EXCAVATION, INC.,                       Case No. 10-40534-LMK
                                                                    Chapter 11 Case

        Debtor
_____/

## NOTICE OF APPEARANCE

Secured Creditor, ProBank, by and through its undersigned counsel files this Notice of Appearance in the instant case.

Pursuant to Bankruptcy Rule 2002(I), ProBank requests that all matters which must be noticed to Creditors, Creditor's Committees, and any other parties in interest {See Rule 2002(a), (b) and (c)}, whether sent by the Court, Debtor or any other party in this case, be sent to the undersigned; and pursuant to Rule 2002(g), the following be added to the Court's master mailing list:

                     ProBank.
                     c/o Martin A. Fitzpatrick
                     Russell B. Buchanan
                     Broad and Cassel
                     215 South Monroe Street, Suite 400
                     Tallahassee, FL 32301

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court, and served on all interested parties who have made an appearance, by using the CM/ECF system this 17th day of June, 2010.

                                         */s/ Russell B. Buchanan*
                                         MARTIN A. FITZPATRICK, P.A.
                                         Florida Bar No. 0032107
                                         RUSSELL B. BUCHANAN
                                         Florida Bar No. 0055474
                                         BROAD AND CASSEL
                                         Attorneys for Creditor ProBank
                                         215 South Monroe Street, Suite 400
                                         Tallahassee, Florida 32301
                                         Phone: 850.681.6810
                                         Fax: 850.201.2275