**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**In re:**                                                                                                   **CHAPTER 11**

**PYRAMID EXCAVATION, INC.,**                                             **CASE NO.: 10-40534-LMK**

      **Debtor.**
_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned attorney appears for Creditor, Caterpillar Financial Services Corporation, and its Division, FCC Equipment Financing ("LENDER"), and pursuant to, *inter alia*, F.R.B.P., Rules 2002 and 9007 and §1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including LENDER with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by LENDER.

{O1541437;1}

PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall constitute a submission to this court's jurisdiction nor waive any (1) right to object to jurisdiction, (2) right to have final orders in noncore matters entered only after de novo review by a District Judge, (3) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (4) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (5) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which LENDER is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

Respectfully submitted,

**AKERMAN SENTERFITT**
Post Office Box 231
420 South Orange Avenue
Suite 1200
Orlando, FL  32802-0231
Phone:  (407) 423-4000
Fax:  (407) 843-6610
Email:  james.foster@akerman.com


By: */s/ James E. Foster*
    James E. Foster, Esq.
    Florida Bar Number:  142015

ATTORNEYS FOR CATERPILLAR FINANCIAL
SERVICES CORPORATION and its Division,
FCC EQUIPMENT FINANCING

**In re: Pyramid Excavation, Inc.**
**Case No.: 1040534-LMK.**

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY THAT** a true and correct copy of the Notice of Appearance was filed and provided by electronic or U.S. Mail to, Thomas B. Woodward, PO Box 10058, Tallahassee, FL, 32302, Jason H. Egan, Office of the U.S. Trustee, 110 E. Park Ave. Suite 128, Tallahassee, Florida, 32301, on this <u>21th</u> day of June, 2010.

            */s/ James E. Foster*
            James E. Foster, Esq.