UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                                                        Case No.: 10-40534-LMK
                                                                                               Chapter 11
PYRAMID EXCAVATION, INC.,

    Debtor.
_____/

## MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Secured Creditor, GENERAL ELECTRIC CAPITAL CORPORATION ("GE CAPITAL"), by and through its undersigned counsel, files its Motion for Relief from Automatic Stay, and states:

1.    Debtor filed a Petition under Chapter 11 of Title 11 of the United States Code.

2.    GE CAPITAL is a corporation engaged in the commercial lending and leasing business.

3.    Debtor may claim an interest in the following property:

    **One (1) 2006 Mack Truck w/Dump Body, Model CV713 - S/N 034291**
    **One (1) 2006 Mack Truck w/Dump Body, Model CV713 - S/N 034292**
    **One (1) 2006 Mack Truck w/Dump Body, Model CV713 - S/N 034293**
    **One (1) 2006 Mack Truck w/Dump Body, Model CHN613 - S/N 006087**
    **One (1) 2006 Mack Truck w/Dump Body, Model CHN613 - S/N 006088**
    **One (1) 2005 Mack Truck w/Dump Body, Model CV713 - S/N 022888**

Copies of the Security Agreements and Certificate of Titles evidencing Movant's ownership interest in the property described above is attached hereto as Composite Exhibit "A".

4.    Under the provisions of 11 U.S.C. §362(a), all persons are enjoined and stayed from commencing and continuing any suit against the Debtor or from the disposition of the leased property.

5.    GE CAPITAL, does not presently have adequate protection for its interest or has it been offered adequate protection for its interest in the above property. The Debtor has not complied with its obligations set forth in Section 365(d)(5).

6.    GE CAPITAL, alleges that the Debtor has equity in the subject property, but that the

property is not necessary to an effective reorganization of the Debtor.

WHEREFORE, GENERAL ELECTRIC CAPITAL CORPORATION, prays that this stay, pursuant to 11 U.S.C. §362, be modified to permit it to take possession of the property referred to above, and that GENERAL ELECTRIC CAPITAL CORPORATION have such alternative relief such as adequate protection for its interest in the subject property. GENERAL ELECTRIC CAPITAL CORPORATION, respectfully requests the entry of an Order to show cause why the requested relief should not be granted and the early scheduling of a hearing thereon. Movant estimates that a hearing in this matter will take approximately fifteen (15) minutes.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system this 23 day of **June, 2010,** which will send a notice of electronic filing to the following: Debtor's Attorney, Thomas B. Woodward, Esq., P.O. Box 10058, Tallahassee, FL 32302 and the U.S. Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301. I further certify that I mailed the foregoing document and the notice of electronic filing by U.S. Mail to the following non-CM/ECF participants: All Rule 1007(d) lists of unsecured creditors and parties in interest as attached and Debtor, Pyramid Excavation, Inc., 8440 FL GA Hwy., Havana, FL 32333.

JOHN S. SCHOENE, ESQUIRE
Florida Bar No.: 313203
100 E. Sybelia, Suite 205
Maitland, FL 32751
(407) 644-9900-Phone
(407) 644-1282-Fax
Attorney for GE Capital