**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

IN RE:                                                      CASE NO.: 10-40534-LMK

**PYRAMID EXCAVATION, INC.**
                                                           **CHAPTER 11**

      **Debtor.**
_____/

### DEBTORS RESPONSE TO VERIFIED MOTION FOR RELIEF FROM STAY OR ALTERNATIVELY ADEQUATE PROTECTION AS FILED BY WELLS FARGO EQUIPMENT FINANCE, INC.

COMES NOW the Debtor, by and through undersigned counsel and Responds to the Verified Motion for Relief from Stay, or Alternatively, Adequate Protection, as filed by Wells Fargo Equipment Finance, Inc., (docket 55), as follows:

1.      Debtor acknowledges indebtedness to Wells Fargo Equipment, Inc., pursuant to the referenced in the Motion for Relief as filed in these proceedings.

2.      That Debtor would assert that it has filed a Motion to Determine the Status of Claim pursuant to 11 U.S.C. Section 506 for both the Crushing Plant with Impactor and the Caterpillar Vibrator Compactor in which Wells Fargo Equipment Finance, Inc. has a security interest.

3.      Debtor would have no objection to the entry of an Order of Adequate Protection upon this Courts determination of Debtors currently pending Motion to Determine Status of Claim of Wells Fargo Equipment Finance, between the secured status and the unsecured status.

4.      Debtor would suggest  that this matter needs to be bound over from preliminary

hearing to Final Hearing to co-inside with the Valuation Hearing to be set on Debtors Motion to

Determine Status Claim.

Submitted this 24th day of June, 2010.

/S/ Thomas B. Woodward
FL Bar No.: 0185506
P.O. Box 10058
Tallahassee, FL 32302
850-222-4818
850-561-3456 (fax)
Woodylaw@embarqmail.com


**<u>CERTIFICATE OF SERVICE</u>**


I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the

Office of the U.S.and Donald M. Emanuel, Esquire by electronic filing this 24th day of June, 2010.

/S/ Thomas B. Woodward