UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

PYRAMID EXCAVATION, INC.,             Case No.: 10-40534-LMK
f/k/a TIM'S HAULING AND               Chapter 11
TRACTOR SERVICE,

          Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND COPIES

The undersigned and the law firm of Ausley & McMullen appear as counsel for Capital City Bank and, pursuant to § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010, Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorney at the following address:

James M. Donohue
Ausley & McMullen
123 So. Calhoun Street (32301)
Post Office Box 391
Tallahassee, Florida 32302
jdonohue@ausley.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

1

The undersigned additionally requests that the Debtor, court-appointed committee(s), the United States Trustee, and the Clerk of the Court place the undersigned's name and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy case.

DATED this 28th day of June, 2010.

Respectfully submitted,

/s/ James M. Donohue
James M. Donohue
Florida Bar No.: 191819
Ausley & McMullen
123 South Monroe Street (32301)
Post Office Box 391
Tallahassee, Florida 32302
(850) 425-5458
Facsimile No.: (850) 222-7560

ATTORNEYS FOR
CAPITAL CITY BANK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically via CM/ECF System to those registered thereto on the date this document was filed with the Court. **Note:** *For verification of the date of service, please check the docket entry for this document.*

/s/ James M. Donohue
James M. Donohue, Attorney

h:\jmd\ccb\pyramid excav\pleadings\noa 2010-06-15.doc