UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                              Case No. 10-40534-LMK
                                                    Chapter 11 Case
PYRAMID EXCAVATION, INC.,
f/k/a TIM'S HAULING AND TRACTOR
SERVICE

    Debtor
_____/

## CONSENT MOTION FOR RELIEF FROM STAY
### (Pursuant to 11 U.S.C. §362(d)(1))

SYNERGY EARTH SYSTEMS, LLC ("Synergy), by and through its undersigned counsel, hereby moves this Court for relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1), and Federal Rule of Bankruptcy Procedure 4001(d). In support of this motion, Synergy states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §157(b)(2)(G), 28 U.S.C. §1334, and 11 U.S.C. §362.

2. On May 28, 2010, the Debtor, Pyramid Excavation, Inc. f/k/a Tim's Hauling and Tractor Service, Inc. ("Tim's Hauling"), filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code.

3. The case-styled *Twin Action Properties, Inc. v. Synergy Earth Systems, LLC et al.*, Case No. 06-CA-886 ("*Twin Action* litigation") is pending in the Second Judicial Circuit in and for Leon County, Florida, as discussed in more detail in Twin Action Properties, Inc.'s Motion for Relief from Stay (doc. 63).

4. The *Twin Action* litigation arises out of the construction of a retaining wall at the Killearn Lakes Plaza in Tallahassee, Florida.

5. In the *Twin Action* litigation, Defendant/Third-Party Plaintiff Synergy, brought a third-party claim for contribution against Tim's Hauling, Third-Party Defendant.

6. Synergy seeks relief from the automatic stay in order to continue proceeding against Tim's Hauling in order to establish liability as a prerequisite to recover the proceeds of Tim's Hauling's insurance. *See In re Jet Florida Systems*, 883 F.2d 970, 973 (11th Cir. 1989) (holding that pursuant to section 11 U.S.C. §524 (e), a plaintiff may proceed against the debtor simply in order to establish liability as a prerequisite to recover from another, an insurer, who may be liable); *see also In re Ferstorm Storage and Van Co.*, 938 F.2d 731, 736 (7th Cir. 1991) ("[D]ebtors-defendants suffer little prejudice when they are sued by plaintiffs who seek nothing more than declarations of liability that can serve as a predicate for a recovery against insurers, sureties, or guarantors.").

7. Synergy agrees to limit its recovery to what it can obtain from Tim's Hauling's liability insurer, but in any event, not against Tim's Hauling for either *in rem* or *in personum* damages.

8. Counsel for Synergy has conferred with Thomas B. Woodward, counsel for the Debtor, who consents to this motion.

9. Counsel for Synergy has also conferred with Jason Egan, Assistant U.S. Trustee, who does not object to the relief requested herein.

WHEREFORE, Synergy Earth Systems, LLC, respectfully requests that this Court grant this Motion for Relief from Stay, to allow Synergy Earth Systems, LLC, to establish liability against Tim's Hauling as a prerequisite to recover available insurance coverage for Tim's Hauling, and any further relief as this Court deems appropriate.

| /s/ Catherine B. Chapman | (see attached) |
|---|---|
| Thomas J. Guilday • FBN 0180872 | Thomas B. Woodward • FBN 0185506 |
| Jennifer Sullivan Davis • FBN 0661864 | P.O. Box 10058 |
| Catherine B. Chapman • FBN 148814 | Tallahassee, FL 32302 |
| Guilday, Tucker, Schwartz & Simpson, P.A. | (850) 222-4818 |
| 1983 Centre Pointe Boulevard, Suite 200 | (850) 561-3456 (fax) |
| Tallahassee, FL 32308-7823 | Attorney for Debtor |
| (850) 224-7091 | |
| (850) 222-2593 *facsimile* | |
| Attorneys for Synergy Earth Systems, LLC | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the Office of the U.S. Trustee and those on the attached Interested Parties matrix by electronic filing this 7th day of July, 2010.

/s/ Catherine B. Chapman
Attorney

WHEREFORE, Synergy Earth Systems, LLC, respectfully requests that this Court grant this Motion for Relief from Stay, to allow Synergy Earth Systems, LLC, to establish liability against Tim's Hauling as a prerequisite to recover available insurance coverage for Tim's Hauling, and any further relief as this Court deems appropriate.

Thomas J. Guilday • FBN 0180872
Jennifer Sullivan Davis • FBN 0661864
Guilday, Tucker, Schwartz & Simpson, P.A.
1983 Centre Pointe Boulevard, Suite 200
Tallahassee, FL 32308-7823
(850) 224-7091
(850) 222-2593 *facsimile*
Attorneys for Synergy Earth Systems, LLC

Thomas B. Woodward • FBN 0185506
P.O. Box 10058
Tallahassee, FL 32302
(850) 222-4818
(850) 561-3456 (fax)
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the Office of the U.S. Trustee and those on the attached Interested Parties matrix by electronic filing this ___ day of July, 2010.

_____
Attorney

3