UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

Case No. 10-40534-LMK

PYRAMID EXCAVATION, INC.

Debtor.
_____/

## AGREED MOTION OF SUNSOUTH CAPITAL, INC. FOR ADEQUATE PROTECTION

SunSouth Capital, Inc. ("SunSouth"), a secured creditor of Debtor, in support of its motion for adequate protection of its interest in certain property in possession of Debtor, pursuant to 11 U.S.C. §§ 361, states:

1. Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101, et seq. (the "Code"), on May 28, 2010 (the "Petition Date").

2. Debtor has had possession and use of SunSouth's collateral in the conduct and operation of its business.

3. Specifically, Debtor is in possession of the following property that is collateral pursuant to a Master Agreement for Lease Intended as Security ("Security Agreement"), dated as of August 5, 2008, prior to the Petition Date:

   (a) 2007 Caterpillar Model 320 LL Excavator with Thumb-S.N. EAG00744

Copy of the Security Agreement is attached as Exhibit "A". (the "Property")

4. Pursuant to the Security Agreement, Debtor granted SunSouth a blanket security interest/lien in, to the Property ("Collateral"). SunSouth has a first priority lien and security interest in, to and against, *inter alia,* the Collateral, to secure the indebtedness and obligations owed to SunSouth by Debtor.

2918078-2

5. Prior to the Petition Date, SunSouth perfected its security interest in the Property and Collateral by filing a UCC Financing Statement (the "UCC") with the Florida Security Transaction Registry. A copy of the UCC is attached as Exhibit "B".

6. The Property is diminishing in value and will continue to do so during the pendency of this Chapter 11 case as Debtor uses it in the operation of its business. There is no Order presently directing Debtor to make adequate protection payments to SunSouth for the use of SunSouth's Collateral, and SunSouth's interest in the Property is not adequately protected in this Chapter 11 case given that Debtor has possession and use of the Property.

7. During the pendency of this Chapter 11 case, counsel for Debtor has negotiated appropriate adequate protection payments and has agreed on the same that will form the basis of the Debtor's treatment of SunSouth's claim. Debtor has paid $2,274.00 on June 24, 2010, and has agreed to monthly payments of $2,019.00 for 35 months until the claim in the amount of $66,514.50, plus interest, is paid in full. SunSouth requests that an Order in the form as attached hereto as Exhibit C be entered directing the Debtor to commence monthly payments of $2,019.00 beginning July 15, 2010 and furnish proof of insurance as adequate protection of SunSouth's interest in the Collateral.

WHEREFORE, Creditor, SunSouth Capital, Inc., respectfully requests that this Court enter an Order directing Debtor to provide SunSouth Capital, Inc. with adequate protection of its interest in the Property, including, without limitation, proof of insurance, right of inspection, and regular, monthly contract payment on the terms agreed to by SunSouth Capital, Inc. and Debtor, and such other relief as is appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was served upon the parties on the attached service list on this 20th day of July, 2010.

        Respectfully Submitted,

        BERGER SINGERMAN
        Attorneys for Plaintiff
        125 S. Gadsden Street, Suite 300
        Tallahassee, FL 32301
        Telephone: (850) 561-3010
        Facsimile: (850) 561-3013

        By: /s/ Brian G. Rich
            Brian Rich
            Florida Bar No. 038229

Service List
In Re: Pyramid Excavation Inc.
Case #10-40534-LMK

A. Christopher Kasten
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913

Airgas South
PO Box 532609
Atlanta, GA 30353-2609

American Express Business
PO BOx 650448
Dallas, TX 75265-0448

American Express Platinum
PO Box 650448
Dallas, TX 75265-0448

American Express Plum Card
PO BOx 650448
Dallas, TX 75265-0448

Amex Blue
PO BOx 650448
Dallas, TX 75265-0448

Aramark Uniform Services, Inc.
Box 37005
Jacksonville, FL 32236-7005

Bancorpsouth Equipment Finance
P O Box 88550
Milwaukee, WI 53288-0001

Bank of America Business Card
PO Box 15710
Wilmington, DE 19886-5710

Bank of America
P.O. Box 15025
Wilmington, DE 19885-0001

BB&T Bank
P O Box 580435
Charlotte, NC 28258-0435

Capital City Bank
c/o Ausley and McMullen
Attn: James M. Donohue
123 So Calhoun St.
Tallahassee, FL 32301-1517

Capital City Bank
PO Box 900
Tallahassee, FL 32302-0900

Capital Truck, Inc.
4740 Blountstown Hwy.
Tallahassee, FL 32304-2772

Caterpillar Financial Services
P O Box 730681
Dallas, TX 75373-0681

Caterpillar Financial Services
Corporation
Attn: James E. Foster
P.O. Box 231
Orlando, Fl 32802-0231 U.S.A.

Caterpillar Financial Services
Corporation
c/o Akerman Senterfitt
Attn: James E. Foster
Post Office Box 231
Orlando, FL 32802-0231

Catherine B. Chapman
Guilday, Tucker, Schwartz &
Simpson, P.A
1983 Centre Pointe Blvd., Suite 200
Tallahassee, FL 32308-7823

Center Capital Corporation
PO Box 330
Hartford, CT 06141-0330

Chad D. Heckman
Thrasher and Heckman, P.A.
Attorneys and Counselors at Law
908 N. Gadsden St.
Tallahassee, FL 32303-6316

Crawford & Sons Oil Co., Inc.
P O Box 1169
Quincy, FL 32353-1169

Cross Construction, Inc.
25221 Wesley Chapel Blvd.
Lutz, FL 33559-7201

Decatur County Board of
Commissioners
PO Box 726
Bainbridge, GA 39818-0726

Deere Credit, Inc.
c/o A. Christopher Rasten, II, Esq.
Bush Ross, P.A.
PO Box 3913
Tampa, FL 33601-3913

Dex
5000 College Blvd., Ste 201
Overland Park, KS 66211-1793

Donald F. Walton U.S. Trustee
c/o Jason H. Egan
110 East Park Ave. Ste 128
Tallahassee, FL 32301-7728

Earl Bacon Agency
PO BOx 12039
Tallahassee, FL 32317-2039

FCC Equipment Financing, Inc.
P O Box 905010
Charlotte, NC 28290-5010

Fia Card Services, NA As Successor
In Intere
Bank of America NA and Mbna
America Bank
000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000

Flint Equipment Co.
P O Box 3329
Albany, GA 31706-3329

Florida Business Products
P.O. Box 5989
Tallahassee, FL 32314-5989

Florida Dept. of Labor/Employment
Security
c/o Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154-8000

FPC Financial, f.s.b.
c/o A. Christopher Rasten, II, Esq.
Bush Ross, P.A.
PO Box 3913
Tampa, FL 33601-3913

FPC Financial, f.s.b.
c/o Bush Ross, P.A.
A. Christopher Rasten, II, Esq.
PO Box 3913
Tampa, FL 33601-3913

FPC Financial, FSB
c/o Bush Ross, P.A.
Attn: A. Christopher Rasten, II
P.O. Box 3913
Tampa, Florida 33601-3913

Gadsden County Tax Collector
c/o W. Dale Summerford
POB 817
Quincy, FL 32353-0817

Gaines & Sons Striping
PO Box 15251
Tallahassee, FL 32317-5251

GCR Tire Center
4702 Capital Circle NW
Tallahassee, FL 32303-7217

GE Capital
3000 Lakeside, Ste. 200N
Deerfield, IL 60015-1223

General Electric Capital Corporation
Attn: Maria Robles
LMG Department
300 John Carpenter Fwy., Suite 207
Irving, TX 75062-2727

General Electric Capital Corporation
c/o John S. Schoene, Esq.
100 E. Sybelia Ave., Ste. 205
Maitland, FL 32751-4757

General Electric Capital Corporation
c/o John S. Schoene, Esq.
100 E. Sybelia Ave., Ste. 205
Maitland, FL 32751-4757

Global Financial Services
PO BOx 856460
Louisville, KY 40285-6460

GMAC
P O Box 12699
Glendale, AZ 85318

GMAC
P.O. Box 130424
Roseville, MN 55113-0004

Gulf Coast Heavy Equipment
Appraisals
6016 NW 112th Place
Alachua, FL 32615-7423

Havana Publishing
103 W. 7th Ave.
Havana, FL 32333-1660

HCA Equipment Finance
21925 Network Place
Chicago, IL 60673-0001

IBS of Tallahassee
2543 W. Tennessee St.
Tallahassee, FL 32304-2516

INTERNAL REVENUE
SERVICE CENTRALIZED
INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

James D.A. Holley & Co., P.A.
2606 Centennial Place
Tallahassee, FL 32308-0572

James E. Foster
Akerman Senterfitt
P. O. Box 231
Orlando, FL 32802-0231

James M. Donohue
Ausley & McMullen
P.O. Box 391
123 South Calhoun Street (32301)
Tallahassee, FL 32301-1517

Jason H. Egan
Office of the U. S. Trustee
110 E. Park Avenue, Suite 128
Tallahassee, FL 32301-7728

Jimmy Ashmore
Ashmore and Ashmore, CPA
109 South Main Street
Havana, FL 32333-1656

John Deere Construction & Forestry
Company
c/o Bush Ross, P.A.
A. Christopher Kasten, II
PO Box 3913
Tampa, FL 33601-3913

John Deere Construction, Forestry
Co.
c/o Bush Ross, P.A.
Attn: A. Christopher Rasten, II
P.O. Box 3913
Tampa, Florida 33601-3913

John Deere Credit
PO Box 6600
Johnston, IA 50131-6600

John S. Schoene
John S. Schoene P.A.
100 E. Sybelia Avenue, Suite 205
Matland, FL 32751-4757

Mack Financial Services
P O Box 7247-0236
Philadelphia, PA 19170-0001

Mack Financial Services
P.O. Box 26131
Greensboro, NC 27402-6131

Marpan Recycling LLC
PO Box 6025
Tallahassee, FL 32314-6025

McRae & Metcalf, P.A.
2612 Centennial Place
Tallahassee, FL 32308-0572

Mitchell Brothers, Inc
1330 Capital Circle NE
Tallahassee, FL 32308-6202

MTC South
2111 Olivia Drive
Tallahassee, FL 32308-6164

NAPA
8568 Havana Hwy
Havana, FL 32333

Nextran Truck Center
328 SW Ring Court
Lake City, FL 32025-3148

Paramedical Services
3520-A N. Monroe St
Tallahassee, FL 32303-2745

PBCC
PO Box 856460
Louisville, KY 40285-6460

Powerplan
PO Box 650215
Dallas, TX 75265-0215

Powerscreen of Florida, Inc.
PO Box 5802
Lakeland, FL 33807-5802

ProBank
536 N. Monroe Street
Tallahassee, FL 32301-1260

ProBank
536 North Monroe Street
Tallahassee, FL 32301-1260

ProBank
c/o Martin A. Fitzpatrick
Broad and Cassel
215 South Monroe Street, Suite 400
Tallahassee, FL 32301-1804

Purchase Power
PO Box 856042
Louisville, KY 40285-6042

Pyramid Excavation, Inc.
8440 FL GA Hwy.
Havana, FL 32333-6362

Quality Water Supply
1700 N. Monroe St., Ste. 11-158
Tallahassee, FL 32303-5535

Rainey Cawthon Distributor, Inc.
c/o Daniel J. Kuhn, Esq
1983 Centre Pointe Blvd, Suite 200
Tallahassee, FL 32308-7823

Rainey Cawthon
PO Box 643
Tallahassee, FL 32302-0643

Regions Bank FIA Card Services
PO Box 15714
Wilmington, DE 19886-5714

Ring Power Corporation
PO Box 935004
Atlanta, GA 31193-5000

Ronald M. Emanuel
Ronald M. Emanuel, P.A.
8751 West Broward Blvd. Suite 100
Plantation, FL 33324-2630

Russell B. Buchanan
Broad and Cassel
215 S. Monroe St., Ste. 400
Tallahassee, FL 32301-1804

Secretary of the Treasury
U.S. Treasury Department
15th & Pennsylvania Ave.
Washington, DC 20220-0001

Sharber Oil Company
P. O. Box 527
Bainbridge, GA 39818-0527

Sun Trust Bank Central Fla.
P.O. Box 4986
Orlando, FL 32802-4986

SunSouth Capital, Inc.
136 South Holiday Road, Ste D
Miramar Beach, FL 32550-8605

SunTrust Bank
Attn: Support Services
POB 85092
Richmond, VA 23286-0001

Synergy Earth Systems, LLC
26240 Equity Drive
Daphne, AL 36526-6193

Thomas B. Woodward
Thomas B. Woodward, Atty.
P.O. Box 10058
Tallahassee, FL 32302-2058

Total Petroleum LLC
PO Box 718
Bainbridge, GA 39818-0718

Twin Action Properties Inc.
c/o Martin A. Fitzpatrick
Broad and Cassel
215 South Monroe St, Suite 400
Tallahassee, FL 32301-1804

Twin Action Properties, Inc.
110 Killearn Plaza Circle
Suite 201
Tallahassee, FL 32312

U S Bank Corp
P O Box 790448
Saint Louis, MO 63179-0448

U.S. Attorney (Tallahassee Office)
111 N. Adams Street
Fourth Floor
Tallahassee, FL 32301-7736

U.S. Securities & Exchange
Commission
Branch of Reorganization
3475 Lenox Rd., N.E. Suite 100
Atlanta, GA 30326-3227

United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

University Sports Publications
16057 Tampa Palms Blvd.
Dept. 334
Tampa, FL 33647-2001

V F S Leasing Co
c/o Gordon and Rees LLP\
Attn: Peter Ito
555 Seventeenth St., Ste 3400
Denver, Co 80202-3937

VFS Leasing Co.
c/o Gordon and Rees, LLP
Attn: Megan Adeyeo
555 Seventeenth St, Ste 3400
Denver, CO 80202-3937

W. Dale Summerford
PO Box 817
Quincy, FL 32353-0817

Webster Capital Finance
#3 Farm Glen Blvd.
Farmington, CT 06032-1981

Webster Capital Finance, Inc.
c/o Dressler and Peters, LLC
Attn: Dennis A Dressler
111 W. Wachington St, Ste 1900
Chicago, IL 60602-2713

Webster Capital Finance, Inc.
f/k/a Center C
c/o Chad D. Heckman
908 N. Gadsden St.
Tallahassee, FL 32303-6316

Webster Capital Finance, Inc.
f/k/a Center C c/o Dennis A. Dressler
Dressler Peters, LLC
111 W. Washington, Ste. 1900
Chicago, IL 60602-2713

Webster Capital Finance, Inc.
f/k/a Center Capital Corporation
c/o Dennis A. Dressler
Dressler Peters, LLC
111 W. Washington, Ste. 1900
Chicago, IL 60602-2713

Wells Fargo Equipment Finance, Inc.
c/o Ronald M. Emanuel, P.A.
Attn: Ronald M. Emanuel
8751 West Broward Blvd. Ste 100
Plantation, FL 33324-2630

Wells Fargo Equipment Finance, Inc.
Ronald M. Emanuel, P.A.
8751 West Broward Blvd, Suite 100
Plantation, FL 33324-2630

Wells Fargo Equipment Financing
1540 W. Fountainhead Parkway
Tempe, AZ 85282-1839