UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: PYRAMID EXCAVATION, INC. : <br> f/k/a TIM'S HAULING AND TRACTOR : <br> SERVICE, : <br> : <br> DEBTOR : <br> : | CASE NO. 4:10-bk-40534-LMK <br><br><br><br> CHAPTER 11 |

## REQUEST FOR NOTICES

Please take notice that Webster Capital Finance, Inc. f/k/a Center Capital Corporation ("WCF"), a creditor and party-in-interest in the above-captioned case, hereby files a Request for Notices, and requests to be added to the master mailing list. WCF hereby requests that notice of all maters which may come before the Court be served upon the following address:

Thomas J. Sansone, Esq.
Counsel for Webster Capital Finance, Inc. f/k/a Center Capital Corporation
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT  06509-1950
Phone:  (203) 777-5501
Fax:  (203) 784-3199
e-mail:  tsansone@carmodylaw.com

The following requests includes the notices and papers referred to Bankruptcy Rules 2002, 3017, 4001 and 9007, and also includes, without limitation, notices of orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements and any other documents brought before the Court in this case.

{N0877046;5}

{N0877046;5}

                              WEBSTER CAPITAL FINANCE, INC.
                              f/k/a CENTER CAPITAL CORPORATION,

By: _____
        Thomas J. Sansone (ts0718)
        Carmody & Torrance LLP
        195 Church Street
        P.O. Box 1950
        New Haven, CT 06509-1950
        Phone: (203) 777-5501
        Fax: (203) 784-3199
        e-mail: tsansone@carmodylaw.com