# AUSLEY & MCMULLEN, P.A.
ATTORNEYS AND COUNSELORS AT LAW
P. O. BOX 391
TALLAHASSEE, FL 32302

*FEIN 59-3377662*

July 09, 2010

Capital City Bank
Attn: Tiffany Deschner
PO Box 900
Tallahassee, FL 32302

Bill Number 89488
Billed Through 06/30/2010

RE: CCB-CL-Pyramid Excavation, Inc.
RC# 3101210 DM

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/15/2010 | JMD | Review of documents received by fax from the bank on four separate notes. | 1.00 Hrs |
| 06/22/2010 | JMD | Conference with T. Woodward (.1); attend hearing on motion to pay pre-petition materials (.4). | 0.50 Hrs |
| 06/23/2010 | JMD | Detailed review of documents from bank on various loans and comparison with schedules (1.0); telephone conference with T. Deschner with regard to corporate loans, loans to prior entities and personal loans to the principals of this corporation (.3); review Debtor's corporate records and name change in 2009 (.4); review documents from T. Deschner(.3); preparation for meeting of creditors (.5). | 2.50 Hrs |
| 06/24/2010 | JMD | Preparation of meeting of creditors (.5); review additional documents received by fax from T. Deschner (.4); conference with T. Woodward prior to meeting of creditors (.1); attend meeting of creditors (1.0). | 2.00 Hrs |
| 06/25/2010 | JMD | Review notes from meeting of creditors, bank documents, and bankruptcy schedules for preparation of detailed status report to bank. | 1.50 Hrs |
| 06/28/2010 | JMD | Preparation and filing of notice of appearance. | 0.30 Hrs |

Total Fees for this Matter    $1,755.00

EXPENSES:
06/30/2010   Copy charges                                                                36.00

Total Expenses for this Matter    $36.00

BILL SUMMARY:

Our File Number:
014279  ~  100685

Page 1 of 2

**COMPOSITE EXHIBIT "A"**

Capital City Bank                                                                                      Bill Number:          89488

    FEES:

    James M. Donohue                              7.80   Hrs     $225  / Hr           1,755.00
    TOTAL FEES                                          7.80   Hrs                          $1,755.00
    TOTAL EXPENSES                                                                           $36.00
    TOTAL FEES AND EXPENSES THIS BILL                                                   $1,791.00

| TOTAL BALANCE NOW DUE | $1,791.00 |
|---|---|

# AUSLEY & MCMULLEN, P.A.
## ATTORNEYS AND COUNSELORS AT LAW
### P. O. BOX 391
### TALLAHASSEE, FL 32302

FEIN 59-3377662

August 12, 2010

Capital City Bank
Attn: Tiffany Deschner
PO Box 900
Tallahassee, FL 32302

Bill Number         90513
Billed Through      07/31/2010

RE:  CCB-CL-Pyramid Excavation, Inc.
     RC# 3101210 DM

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/01/2010 | JMD | Review order on compliance with Section 521(a)(i) (.1); review application to pay appraiser (.1); review of bank loan and collateral documents and preparation of email to T. Woodward concerning appraisal values of equipment (.9); telephone conference with T. Deschner concerning information on the value of the property owned by the Loughmillers and used as the office for their business, the Debtor in this bankruptcy case (.2); review email and tax assessed value of this property received from T. Deschner (.1); review order for employment of CPA (.1). | 1.50 Hrs |
| 07/02/2010 | JMD | Review withdrawal of document (.1); review application for appraiser's fee (.1). | 0.20 Hrs |
| 07/06/2010 | JMD | Review seven (7) motions to determine secured status (.7); review report and notice of DIP's intention to abandon property of the estate (.1); telephone conference with T. Woodward concerning status of bank as secured creditor (.2); review letter from T. Woodward concerning value of bank's collateral (.1). | 1.10 Hrs |
| 07/07/2010 | JMD | Review motion to modify stay (.1); review amended motion to determine secured status (.1). | 0.20 Hrs |
| 07/11/2010 | JMD | Review notice of cancelled hearing (.1); review and calendar three notices of hearing (.3); review two orders for relief from stay (.2). | 0.60 Hrs |
| 07/13/2010 | JMD | Review and calendar notice of preliminary hearing (.1); review notice of intent to abandon (.1). | 0.20 Hrs |
| 07/14/2010 | JMD | Review response to motion for stay relief. | 0.10 Hrs |
| 07/15/2010 | JMD | Review and calendar notice of preliminary hearing (.1); review order granting stay relief (.1). | 0.20 Hrs |

Our File Number:                                                       Page   1   of   2
014279  ~  100685

Capital City Bank                                                                                         Bill Number:        90513

| Date | | Description | Hours |
|---|---|---|---|
| 07/16/2010 | JMD | Review notice of cancelled hearing. | 0.10 Hrs |
| 07/19/2010 | JMD | Review DIP monthly financial report for June (.3). | 0.30 Hrs |
| 07/20/2010 | JMD | Review motion for adequate protection (.1); review notice of appearance (.1); review second notice of appearance (.1). | 0.30 Hrs |
| 07/22/2010 | JMD | Review agreed order on adequate protection (.1); review amended Schedule F (.1). | 0.20 Hrs |
| 07/23/2010 | JMD | Review application for compensation. | 0.10 Hrs |
| 07/26/2010 | JMD | Review and calendar three notices of hearing (.3); review order on adequate protection (.1); review DIP monthly operating report for June (.3). | 0.70 Hrs |
| 07/29/2010 | JMD | Review response to motion to determine secured status (.1); review notice of filing appraisal (.1). | 0.20 Hrs |

Total Fees for this Matter                                                                                                    $1,350.00

BILL SUMMARY:

FEES:

| | | | | |
|---|---|---|---|---|
| James M. Donohue | 6.00 Hrs | $225 / Hr | | 1,350.00 |
| TOTAL FEES | 6.00 Hrs | | | $1,350.00 |
| TOTAL FEES AND EXPENSES THIS BILL | | | | $1,350.00 |

TOTAL BALANCE NOW DUE                                                                                                         $1,350.00

Our File Number:                                                                                              Page   2   of   2
014279  ~  100685

# AUSLEY & McMULLEN, P.A.
## ATTORNEYS AND COUNSELORS AT LAW
### P. O. BOX 391
### TALLAHASSEE, FL 32302

FEIN 59-3377662

September 13, 2010

Capital City Bank
Attn: Tiffany Deschner
PO Box 900
Tallahassee, FL 32302

Bill Number 91423
Billed Through 08/31/2010

RE: CCB-CL-Pyramid Excavation, Inc.
RC# 3101210 DM

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 08/03/2010 | JMD | Review email from T. Deschner in response to my earlier email (.3); review motion to continue hearing (.1); review second motion to continue hearing (.1). | 0.50 | Hrs |
| 08/04/2010 | JMD | Detailed review of T. Deschner's email in comparison with file and appraisal numbers from T. Woodward (.3); telephone conference with T. Woodward with regard to value of collateral, especially the 13+ acres in Havana (.3); review tax assessed value of real estate in Havana (.2); fax information to T. Woodward concerning tax assessed value of real estate (.2); telephone conference with T. Deschner concerning status of various loans, value of collateral, monthly payments, adequate protection, and other issues (.5); review copy of promissory note from bank (.2); begin preparation of agreed motion for adequate protection (.8). | 3.00 | Hrs |
| 08/05/2010 | JMD | Review motion to continue hearing (.1); review amended motion to continue or reschedule (.1). | 0.20 | Hrs |
| 08/06/2010 | JMD | Review order continuing hearing (.1); review second order continuing hearing (.1); review order on motion to continue (.1). | 0.30 | Hrs |
| 08/10/2010 | JMD | Review notice regarding critical vendors. | 0.10 | Hrs |
| 08/11/2010 | JMD | Review four (4) notices of hearing. | 0.30 | Hrs |
| 08/12/2010 | JMD | Review two agreed orders on value and adequate protection (.2); review three statemetns of no objection to stay relief (.3). | 0.50 | Hrs |
| 08/13/2010 | JMD | Review agreed order establishing value (.1); preview order on employment of attorney (.1). | 0.20 | Hrs |
| 08/16/2010 | JMD | Review order on executory contract (.1); review order on application for compensation (.1). | 0.20 | Hrs |

Our File Number:

014279  ~  100685

Page 1 of 2

| Capital City Bank | | | Bill Number: | 91423 |

| 08/17/2010 | JMD | Review waiver of hearing requirement (.1); review DIP monthly operating report for July (.3). | 0.40 Hrs |
| 08/18/2010 | JMD | Review amended order on executory contract. | 0.10 Hrs |

Total Fees for this Matter $1,305.00

BILL SUMMARY:

FEES:

| James M. Donohue | 5.80 Hrs | $225 / Hr | 1,305.00 |
| TOTAL FEES | 5.80 Hrs | | $1,305.00 |
| TOTAL FEES AND EXPENSES THIS BILL | | | $1,305.00 |

TOTAL BALANCE NOW DUE $1,305.00

Our File Number:       Page 2 of 2
014279  ~  100685

# AUSLEY & MCMULLEN, P.A.
## ATTORNEYS AND COUNSELORS AT LAW
### P. O. BOX 391
### TALLAHASSEE, FL 32302

*FEIN 59-3377662*

October 12, 2010

Capital City Bank
Attn: Tiffany Deschner
PO Box 900
Tallahassee, FL 32302

Bill Number        92281
Billed Through    09/30/2010

RE:  CCB-CL-Pyramid Excavation, Inc.
     RC# 3101210 DM

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/13/2010 | JMD | Review order on CPA fees (.1); review order on adequate protection (.1). | 0.20 Hrs |
| 09/16/2010 | JMD | Review response to motion to determine secured status (.1); review witness list (.1). | 0.20 Hrs |
| 09/17/2010 | JMD | Review email from T. Deschner with status of payments on three (3) notes (.2); review DIP monthly report for August (.2). | 0.40 Hrs |
| 09/21/2010 | JMD | Review motion to extend time to file proof of claim. | 0.10 Hrs |
| 09/23/2010 | JMD | Review motion to extend exclusivity period (.2); review amended consent motion (.1); review motion to approve settlement (.1); review order on extension of time (.1). | 0.50 Hrs |
| 09/24/2010 | JMD | Review of file, loan documents from bank, and appraisal information from Debtor's counsel for preparation of proof of claim; telephone conference with T. Deschner re amounts due to bank on petition date; preparation and filing of proof of claim and its exhibits. | 3.50 Hrs |
| 09/28/2010 | JMD | Review notice of cancelled hearing (.1); review application for compensation (.1). | 0.20 Hrs |
| 09/29/2010 | JMD | Review notice of hearing (.1); review three orders (.3). | 0.40 Hrs |

| Total Fees for this Matter | $1,237.50 |
|---|---|

BILL SUMMARY:

FEES:

| | | | | |
|---|---|---|---|---|
| James M. Donohue | 5.50 Hrs | $225 / Hr | | 1,237.50 |
| TOTAL FEES | 5.50 Hrs | | | $1,237.50 |

Our File Number:                                                                                    Page   1   of   2

014279   ~   100685

Capital City Bank                                                                                       Bill Number:      92281

      TOTAL FEES AND EXPENSES THIS BILL                                                      $1,237.50

| TOTAL BALANCE NOW DUE | $1,237.50 |
|---|---|

Our File Number:                                                                                         Page    2   of    2
014279  ~  100685

# Ausley & McMullen, P.A.
## ATTORNEYS AND COUNSELORS AT LAW
### P. O. BOX 391
### TALLAHASSEE, FL 32302

FEIN 59-3377662

November 10, 2010

Capital City Bank
Attn: Tiffany Deschner
PO Box 900
Tallahassee, FL 32302

Bill Number        93253
Billed Through    10/31/2010

RE:   CCB-CL-Pyramid Excavation, Inc.
      RC# 3101210 DM

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/07/2010 | JMD | Review two (2) orders on motions to determine status of claims (FCC Equipment) (.2); review three (3) orders for stay relief (Ford Motor Credit) (.3). | 0.50 Hrs |
| 10/18/2010 | JMD | Review September DIP Report. | 0.20 Hrs |
| 10/21/2010 | JMD | Review three orders granting adequate protection and setting aside order granting stay relief. | 0.30 Hrs |
| 10/21/2010 | JMD | Review three orders granting adequate protection and setting aside order granting stay relief. | 0.30 Hrs |

Total Fees for this Matter                                                          $292.50

EXPENSES:

| Date | Description | Amount |
|---|---|---|
| 10/20/2010 | Search on Pacer | 0.16 |
| 10/20/2010 | Search on Pacer | 0.56 |

Total Expenses for this Matter                                                        $0.72

## BILL SUMMARY:

FEES:

| Name | Hours | Rate | Amount |
|---|---|---|---|
| James M. Donohue | 1.30 Hrs | $225 /Hr | 292.50 |
| TOTAL FEES | 1.30 Hrs | | $292.50 |
| TOTAL EXPENSES | | | $0.72 |
| TOTAL FEES AND EXPENSES THIS BILL | | | $293.22 |

Our File Number:
014279  ~  100685

Page  1  of  2

Capital City Bank                                                                                                        Bill Number:        93253

| TOTAL BALANCE NOW DUE | $293.22 |
|---|---|

# AUSLEY & MCMULLEN, P.A.
## ATTORNEYS AND COUNSELORS AT LAW
### P. O. BOX 391
### TALLAHASSEE, FL 32302

FEIN 59-3377662

December 08, 2010

Capital City Bank
Attn: Tiffany Deschner
PO Box 900
Tallahassee, FL 32302

Bill Number        94537
Billed Through     11/30/2010

RE: CCB-CL-Pyramid Excavation, Inc.
    RC# 3101210 DM

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/01/2010 | JMD | Review e-mail and attached financial information from T. Deschner (.2) | 0.20 Hrs |
| 11/16/2010 | JMD | Review order on application for compensation (.1); review monthly operating report for October (.2). | 0.30 Hrs |

Total Fees for this Matter                                           $112.50

BILL SUMMARY:

FEES:

| | | | |
|---|---|---|---|
| James M. Donohue | 0.50 Hrs | $225 / Hr | 112.50 |
| TOTAL FEES | 0.50 Hrs | | $112.50 |
| TOTAL FEES AND EXPENSES THIS BILL | | | $112.50 |

TOTAL BALANCE NOW DUE                                                $112.50

Our File Number:                                              Page   1 of  1
014279  ~ 100685

# AUSLEY & MCMULLEN, P.A.
## ATTORNEYS AND COUNSELORS AT LAW
## P. O. BOX 391
## TALLAHASSEE, FL 32302

*FEIN 59-3377662*

January 12, 2011

Capital City Bank
Attn: Tiffany Deschner
PO Box 900
Tallahassee, FL 32302

Bill Number 95214
Billed Through 12/31/2010

RE:   CCB-CL-Pyramid Excavation, Inc.
      RC# 3101210 DM

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 12/17/2010 | JMD | Conference with T. Woodward regarding status of disclosure statement and adequate protection payments. | 0.25 | Hrs |
| 12/20/2010 | JMD | Review Debtor's monthly operating report for November. | 0.25 | Hrs |
| 12/22/2010 | JMD | Preparation of stipulation, notice and proposed order on adequate protection; preparation of appliation for compensation. | 1.75 | Hrs |
| 12/23/2010 | JMD | Review signed stipulation for adequate protection from T. Woodward; sign and file notice of adequate protection payments. | 0.50 | Hrs |

Total Fees for this Matter                                              $618.75

EXPENSES:

12/31/2010   Copy charges                                               191.40

Total Expenses for this Matter                                          $191.40

BILL SUMMARY:

| | | | | | |
|---|---|---|---|---|---|
| FEES: | | | | | |
| James M. Donohue | 2.75 | Hrs | $225 / Hr | | 618.75 |
| TOTAL FEES | 2.75 | Hrs | | | $618.75 |
| LESS: FEE DISCOUNT | | | | | -618.75 |
| NET FEES BILLED | | | | | $0.00 |
| TOTAL EXPENSES | | | | | $191.40 |
| TOTAL FEES AND EXPENSES THIS BILL | | | | | $191.40 |

Our File Number:                                              Page   1   of   2
014279  ~  100685

Capital City Bank                                                                                               Bill Number:        95214

| TOTAL BALANCE NOW DUE | $191.40 |
|---|---|

Our File Number:                                                                                                Page    2    of    2

014279   ~  100685