# BROAD AND CASSEL
ATTORNEYS AT LAW

Re: ProBank
Pyramid Excavating, Inc. Bankruptcy
38265.0009

## ITEMIZED PROFESSIONAL CHARGES

| | | | |
|---|---|---|---|
| 06/10/2010 | RBB | (Tim's Hauling) Research issues related to approval of Chapter 11 plan and lifting of stay to foreclose collateral essential to plan; Draft email memorandum regarding same. | 0.80 |
| 06/15/2010 | RBB | Review initial filings from debtor; Office conference regarding same. | 1.20 |
| 06/17/2010 | RBB | Review filings; Review claims register; File notice of appearance. | 3.70 |
| 06/22/2010 | MAF | Attend bankruptcy hearing. | 0.30 |
| 06/24/2010 | MAF | Attend Creditor's meeting; Conference with debtor's counsel regarding issues raised in same. | 0.60 |
| 06/25/2010 | RBB | Review filings; Gather information necessary for proof of claim; Review loan documents and outstanding accounts; Multiple emails with client and debtor's counsel. | 1.90 |
| 06/28/2010 | RBB | Review filings. | 0.40 |
| 07/01/2010 | RBB | Review filings; Email with debtor's counsel. | 0.40 |
| 07/06/2010 | RBB | Review filings. | 0.80 |
| 07/07/2010 | RBB | Meeting with debtor's attorney concerning payment and adequate protection. | 0.50 |
| 07/08/2010 | RBB | Review filings. | 0.20 |
| 07/09/2010 | RBB | Review filings and proofs of claim; Telephone conference and emails with Bank concerning status and breakdown of accounts for use in adequate protection. | 0.80 |
| 07/12/2010 | RBB | Review filings. | 0.30 |
| 07/13/2010 | RBB | Review filings. | 0.70 |
| 07/15/2010 | RBB | Review filings; Research issues in connection with adequate protection. | 1.30 |
| 07/16/2010 | RBB | Review filings. | 0.20 |
| 07/19/2010 | RBB | Review filings; Office conference with Roy Kobert concerning adequate protection motion; Review loan documents in connection with adequate protection motion. | 2.60 |
| 07/19/2010 | RSK | Provide instructions regarding review of the docket and analysis of case status | 0.30 |
| 07/19/2010 | RSK | Conference regarding adequate protection stipulation, treatment as over secured creditor and proposed treatment in the plan of reorganization | 0.80 |
| 07/19/2010 | RSK | Analyze collateral valuation pursuant to the debtors bankruptcy schedules and statement of financial | 1.30 |

Re: ProBank
Pyramid Excavating, Inc. Bankruptcy
38265.0009

| | | | |
|---|---|---|---|
| | | affairs; Review bank analysis of valuation, lien stripping and related issues to getting paid | |
| 07/20/2010 | RSK | Telephonic conference with debtor's counsel regarding adequate protection stipulation, plan treatment and modification of loan terms | 0.60 |
| 07/21/2010 | MVW | Continue review loan documents; Continue preparation of Joint Motion for Approval of Adequate Protection Payments | 2.50 |
| 07/21/2010 | RSK | Revised adequate protection term sheet | 0.50 |
| 07/22/2010 | RBB | Review filings. | 0.30 |
| 07/23/2010 | RBB | Review filings; Review and revise draft motion for adequate protection; Emails regarding draft motion. | 1.20 |
| 07/23/2010 | RSK | Revise proposed adequate protection stipulation and proposed plan treatment | 0.80 |
| 07/26/2010 | RSK | Additional revisions to proposed order as well as Joint Motion and Stipulation for Entry of an Order Granting Adequate Protection to Pro Bank | 1.30 |
| 07/28/2010 | RSK | Review and revise Joint Motion and Stipulation for Entry of an Order Granting Adequate Protection to Pro Bank | 1.30 |
| 07/29/2010 | RBB | Telephone conference with client concerning adequate protection; Review motion for adequate protection for possible changes. | 0.40 |
| 07/29/2010 | RSK | Conference regarding revisions to adequate protection stipulation based on new business terms of debtor and client | 0.60 |
| 07/30/2010 | RBB | Revise Consent Motion for Adequate Protection; Emails with client; Email with debtors counsel; Office conference regarding post-petition payments. | 1.50 |
| 08/02/2010 | RSK | Conference regarding approval of adequate protection stipulation | 0.30 |
| 08/03/2010 | RBB | Emails with debtor's counsel concerning motion for adequate protection. | 0.70 |
| 08/04/2010 | RBB | Review filings; Email and written correspondence with debtor's attorney concerning adequate protection; Office conference concerning adequate protection. | 1.10 |
| 08/05/2010 | RBB | Conference call with client regarding adequate protection issues; Email to client. | 0.30 |
| 08/06/2010 | RSK | Review basis provided by Debtor for refusal to find adequate protection stipulation | 0.20 |
| 08/06/2010 | RSK | Conference regarding refusal by Debtor's counsel to execute adequate protection stipulation, basis and review of estoppel by client | 0.60 |
| 08/09/2010 | RBB | Review filings. | 0.40 |

# BROAD AND CASSEL
## ATTORNEYS AT LAW

Re: ProBank
   Pyramid Excavating, Inc. Bankruptcy
   38265.0009

| | | | |
|---|---|---|---|
| 08/14/2010 | RBB | Review filings; Email with client. | 0.40 |
| 08/19/2010 | RBB | Review filings; Office conference regarding letter request from client. | 0.80 |
| 08/19/2010 | RSK | Conference regarding opinion letter for auditors and recharacterization for adequate protection | 0.30 |
| 08/20/2010 | RSK | Extensive conference regarding opinion letter, draft motion for adequate protection under section 361 for the contractual monthly payment nunc pro tunc to the petition date, Debtor's refusal to execute stipulation, updated estoppels post-petition and consensual advanced draft of the plan-- consistent with client stipulation | 0.90 |
| 08/20/2010 | RSK | Conference regarding basis for prosecuting adequate protection stipulation, response from Debtor's counsel and refusal | 0.40 |
| 08/23/2010 | RBB | Review updated estoppel screen information; Emails with client; Office conference regarding various issues; Review filings. | 0.80 |
| 08/23/2010 | RSK | Review payment screen snapshot and inclusion in adequate protection stipulation | 0.30 |
| 08/25/2010 | RSK | Conference regarding perfection of lien on cash collateral related risks without obtaining a prior court order | 0.40 |
| 08/27/2010 | RBB | Review motion for adequate protection; Office conference regarding same. | 0.70 |
| 08/30/2010 | D-G | Draft letter to opposing counsel | 0.30 |
| 08/30/2010 | RBB | Review filings. | 0.30 |
| 08/31/2010 | RBB | Review correspondence from debtor's attorney; Office conference regarding same; Review filings. | 0.90 |
| 09/01/2010 | D-G | Research case law regarding adequate protection payments without order | 0.60 |
| 09/01/2010 | RBB | Emails regarding post-petition payments; Revise letter. | 1.50 |
| 09/01/2010 | RSK | Provide analysis of motion for adequate protection; Provide instructions regarding case law on voluntary adequate protection, disgorgement and case law applicable | 0.80 |
| 09/02/2010 | RSK | Conference regarding related cases addressing adequate protection received by under secured Creditor without Court approval and risk analysis | 0.70 |
| 09/03/2010 | D-G | Analyze case in moving forward regarding Adequate Protection | 0.60 |
| 09/03/2010 | RBB | Conference call concerning various issues; Review filings. | 0.80 |

Re: ProBank
Pyramid Excavating, Inc. Bankruptcy
38265.0009

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/03/2010 | RSK | Conference regarding all pending issues and dilemma regarding prosecution of adequate protection stipulation | 0.80 |
| 09/03/2010 | RSK | Revise legal research on adequate protection | 0.30 |
| 09/03/2010 | RSK | Review draft to client regarding pending bankruptcy legal decision | 0.30 |
| 09/07/2010 | RBB | Draft and revise proof of claim and exhibits; Redact exhibits; Emails regarding same. | 3.50 |
| 09/08/2010 | RBB | Emails concerning corrections to proposed proof of claim. | 0.40 |
| 09/09/2010 | RBB | Emails with client concerning cross-collateralization and proof of claim issues. | 0.40 |
| 09/10/2010 | RBB | Review filings. | 0.40 |
| 09/10/2010 | RSK | Instructions regarding analysis plan; | 0.20 |
| 09/13/2010 | RBB | Conference call regarding letter of credit issues; Emails regarding same; Revise proof of claim; Review filings. | 3.30 |
| 09/13/2010 | RSK | Instructions regarding analyze treatment of client in Debtor's plan; | 0.20 |
| 09/13/2010 | RSK | Conference regarding open issues in related Chapter 11 and adequate payment characterization; Risks of status quo and impact on cash flow; | 0.70 |
| 09/13/2010 | RSK | Conference regarding automatic renewal of letter of credit; Collateral; Ability to terminate in light of the automatic stay; | 0.70 |
| 09/14/2010 | RBB | Finalize and file proof of claim and exhibits; Emails with client. | 0.80 |
| 09/17/2010 | RBB | Review filings. | 0.40 |
| 09/23/2010 | RBB | Review filings; Emails concerning motion to extend time to file plan. | 1.10 |
| 09/24/2010 | RBB | Review filings; Review final claims submitted on proof of claim deadline. | 1.20 |
| 10/07/2010 | RBB | Review filings. | 0.50 |
| 10/14/2010 | RBB | Review filings and order. | 0.30 |
| 10/18/2010 | RBB | Review Debtor In Possession Report. | 0.70 |
| 11/15/2010 | RBB | Review filings. | 0.40 |
| 11/18/2010 | RBB | Review reorganization plan and disclosure statement; Office conference regarding same. | 3.10 |
| 11/19/2010 | RBB | Review court filings and order. | 0.30 |
| 11/22/2010 | RBB | Telephone conference and email with client concerning contents of reorganization plan and treatment of ProBank's claims. | 0.50 |
| 11/29/2010 | MDU | Review hearing order; Calendar due dates of | 0.40 |

# BROAD AND CASSEL
## ATTORNEYS AT LAW

Re: ProBank
Pyramid Excavating, Inc. Bankruptcy
38265.0009

|  |  |  |  |
|---|---|---|---|
|  |  | deadlines and hearing. |  |
| 12/01/2010 | RBB | Review motions and court filings. | 0.30 |
| 12/02/2010 | RBB | Review filings. | 0.40 |
| 12/20/2010 | RBB | Review December DIP report; Emails with Tommy Lake. | 0.50 |
| 12/27/2010 | RBB | Emails with Tommy Lake concerning Pyramid timeline. | 0.20 |
| 12/29/2010 | RBB | Emails with debtor's attorney concerning status of payment; Review DIP report for December in connection with same. | 0.40 |
| 01/05/2011 | JPJ | Review and comment on reorganization plan. | 1.60 |
| 01/13/2011 | RBB | Attend hearing on disclosure statement and plan; Conference with opposing counsel; Email with Tommy Lake concerning status of proceedings. | 1.40 |
| 01/19/2011 | RBB | Review January DIP report; Emails with client concerning same. | 0.60 |
| 01/20/2011 | JPJ | Review and comment on reorganization plan. | 1.60 |
| 01/20/2011 | RBB | Emails with debtor's attorney concerning amendments to Schedule F of petition. | 0.30 |
| 02/07/2011 | RBB | Review correspondence from Woodward regarding enclosed second amended disclosure statement and plan; Review plan and disclosure statement for conformity with prior versions. | 2.20 |
| 02/10/2011 | RBB | Review filings in connection with allegations of default on adequate protection payments. | 0.30 |
| 02/17/2011 | RBB | Review February DIP report. | 1.10 |

## TIMEKEEPER SUMMARY

| | | | |
|---|---|---|---|
| RSK | Roy S. Kobert | 15.60 | hrs |
| JPJ | Joseph Jones | 3.20 | hrs |
| MAF | Martin A. Fitzpatrick | .9 | hrs |
| RBB | Russell Buchanan | 52.40 | hrs |
| D-G | Douglas Goldin | 1.50 | hrs |
| MDU | Maria Ubieta | .40 | hrs |
| MVW | Melissa Vander Weide | 2.50 | hrs |